**Lamont HENDERSON, Plaintiff— Appellant,**

v.

**P. LIGGIN, Federal Correctional Officer, in his individual and official capacity; Warden John J. Lamanna, in his individual and official capacity; Officer R.C. McLafferty, SIA, in his individual and official capacity, Defendants—Appellees.**

No. 08–6613.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 23, 2008.

Decided: Nov. 18, 2008.

Lamont Henderson, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina; Vinton D. Lide, Lide & Pauley, LLC, Lexington, South Carolina; David Leon Morrison, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Henderson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Henderson v. Liggin,* No. 3:07–cv–00227–CMC, 2008 WL 1766674 (D.S.C. Apr. 11, 2008). We further deny Henderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*